JEFFREY S. RANEN (SBN 224285)
PARISA KHADEMI (SBN 271897)
**RANEN KHADEMI PC**
12121 Wilshire Blvd., Ste. 810
Los Angeles, California 90025
Telephone: 213 • 789 • 6549
jranen@ranenkhademi.com
pkhademi@ranenkhademi.com

Attorney for Plaintiff,
RICKEY BLACK

TIMOTHY T. KIM (SBN 314365)
**TESLA, INC.**
31353 Huntwood Avenue
Hayward, California 94544
Telephone: 510 • 737 • 1281
timkim@tesla.com

Attorney for Defendant,
TESLA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY BLACK, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TESLA, INC.; and DOES 1 – 50, inclusive,<br><br>　　　　Defendants. | Case No.: 3:26-CV-04244-TSH<br><br>*Assigned for all purposes to Hon. Thomas S. Hixson; Courtroom: E*<br><br>**STIPULATION SUBMITTING MATTER TO BINDING ARBITRATION;<br> ORDER \*AS MODIFIED BY THE COURT\* THEREON**<br><br>Complaint Filed:　　April 3, 2026<br>Removal Date:　　　May 8, 2026<br>Trial Date:　　　　None Set |

STIPULATION SUBMITTING MATTER TO BINDING ARBITRATION;  ORDER THEREON

## I.    INTRODUCTION

Plaintiff Rickey Black ("Plaintiff") and Defendant Tesla, Inc. ("Defendant") (collectively, the "Parties"), by and trough their respective counsel of record, stipulate and agree as follows:

WHEREAS, a dispute has arisen between Plaintiff and Defendant regarding Plaintiff's employment with Defendant;

WHEREAS, on April 3, 2026, Plaintiff filed suit against Defendant in Alameda County Superior Court, Case No. 26CV180712 (the "Action"), alleging seven causes of action arising out of his employment with Defendant;

WHEREAS, on May 8, 2026, Defendant removed the Action to the United States District Court for the Northern District of California;

WHEREAS, the Parties have met and conferred about an arbitration agreement that Defendant contends Plaintiff signed on September 28, 2021 ("Arbitration Agreement"), which is attached hereto as **Exhibit A**;

WHEREAS, Defendant alleges that the disputes at issue are subject to binding arbitration pursuant to the Arbitration Agreement.

WHEREAS, Defendant desires to transfer this case from the Northern District of California to arbitration with the Judicial Arbitration & Mediation Services, Inc. ("JAMS") in accordance with the Arbitration Agreement;

WHEREAS, Plaintiff does not oppose Defendant's request;

THEREFORE, the Parties hereby stipulate and agree as follows:

1.    The Parties will submit their dispute to binding arbitration before JAMS in accordance with terms of the Arbitration Agreement;

2.    Plaintiff shall file a Demand for Arbitration with JAMS;

3.    The Action in the Northern District of California, Case No.: 3:26-CV-04244-TSH, shall be stayed pending binding arbitration;

4.    The District Court shall maintain jurisdiction over the Action in order to enforce any arbitration award.

///

1

**IT IS SO STIPULATED.**

DATED:  May 19, 2026                    **RANEN KHADEMI PC**


By:      */s/ Parisa Khademi*
          Parisa Khademi
          Attorney for Plaintiff
          RICKEY BLACK


DATED:  May 19, 2026                    **TESLA, INC.**


By:      */s/ Timothy T. Kim*
          Timothy T. Kim
          Attorney for Defendant
          TESLA, INC.


## ELECTRONIC SIGNATURE ATTESTATION

I, Timothy T. Kim, attest pursuant to Northern District Civil Local Rule 5-1(h)(3) that all signatories on this document agree to the filing's content and have authorized this filing.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


DATED:  May 19, 2026                    By:      */s/ Timothy T. Kim*
                                                  Timothy T. Kim
                                                  Attorney for Defendant
                                                  TESLA, INC.

STIPULATION SUBMITTING MATTER TO BINDING ARBITRATION;ORDER THEREON

**<u>ORDER AS MODIFIED BY THE COURT</u>**

Having read the STIPULATION TO SUBMIT ACTION TO BINDING ARBITRATION and good cause appearing, this Action is hereby stayed pending the completion of binding arbitration pursuant to Arbitration Agreement between the Parties. Parties shall file a status report every 6 months beginning 11/19/2026.

**IT IS SO ORDERED.**

DATED:  _May 19, 2026_____          _____

                                                              HONORABLE THOMAS S. HIXSON

3

STIPULATION SUBMITTING MATTER TO BINDING ARBITRATION; [PROPOSED] ORDER THEREON